# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TORONZO THOMPKINS

NO. 2024 KW 1064

**FEBRUARY 10, 2025**

---

In Re:   Toronzo Thompkins, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, Nos. 499710, 525147, 530210.

---

**BEFORE:   PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**WRIT DENIED AS MOOT.** The records of the Lafourche Parish Clerk of Court's Office reflect that the district court acted on relator's "Motion for Stay of Supplemental Application for Post-Conviction Relief" on November 26, 2024.

**AHP**
**TPS**
**CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1]**Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.